IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PURNIMA SOM, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-5353 |
| | : | |
| PRIME CARE MEDICAL, INC., et al. | : | |

**ORDER**

AND NOW, this 28th day of September, 2020, upon consideration of Defendants Prime Care Medical, Inc., County of Montgomery, Montgomery County Correctional Facility (MCCF), and Judith McIlhone, RN, BSN, MHA's Motions to Dismiss and Plaintiff Purnima Som's responses, and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. PrimeCare and Nurse McIlhone's Motion (Document 16) is DENIED.

2. The County and MCCF's Motion (Document 17) is GRANTED in part insofar as all claims against MCCF and Som's claim for punitive damages against the County are DISMISSED with prejudice.

Defendants shall answer the Amended Complaint on or before October 12, 2020.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.